**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LILLY SNOW,<br><br>　　　　Defendant. | **No. 10-CR-4116-DEO**<br><br>**ORDER ACCEPTING REPORT<br>AND RECOMMENDATION<br>CONCERNING GUILTY PLEA** |

_____

## I. INTRODUCTION AND BACKGROUND

On December 16, 2010, a one count Indictment (Docket No. 2) was returned in the above-referenced case.

Count 1 of the Indictment charges that on or between October 16, 2010, and November 8, 2010, in the Northern District of Iowa, the defendant, Lilly Snow, with knowledge that Curtis Kearnes was an escapee, willfully harbored and concealed Curtis Kearnes, a prisoner, after his escape from the custody of the Attorney General and from Western Alternative Corrections, Hastings, Nebraska, a Federal penal or correctional institution.

This was in violation of Title 18, United States Code, Section 1072.

On February 22, 2011, defendant Lilly Snow appeared before Chief United States Magistrate Judge Paul A. Zoss and

entered a plea of guilty to Count 1 of the Indictment under a plea agreement with the Government (Docket No. 30).

In the Report and Recommendation (Docket No. 27, 02/22/2011), Chief United States Magistrate Judge Paul A. Zoss recommends that defendant Lilly Snow's guilty plea be accepted. Each party filed waivers of objections to Judge Zoss's Report and Recommendation (Docket Nos. 28 and 29). The Court, therefore, undertakes the necessary review to accept defendant Lilly Snow's plea in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's

Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

As mentioned, waivers of objections to the Report and Recommendation have been filed, and it appears to the Court upon review of Chief Magistrate Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 27), and accepts defendant Lilly Snow's plea of guilty in this case to Count 1 of the Indictment (Docket No. 2).

**IT IS SO ORDERED** this 9th day of May, 2011.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa

3